United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 96-3477

Repoleon Gilbert,      *

     *

     Appellant,      *

     *

     v.      *

     *      Appeal from the United States

Bill Terry, Classification Officer,      *      District Court for the

Cummins Unit, Arkansas Department      *      Eastern District of Arkansas.

of Correction; Marshall Dale Reed,      *

Warden, Cummins Unit, Arkansas      *      [UNPUBLISHED]

Department of Correction; Larry Norris,      *

Director, Arkansas Department of      *

Correction,      *

     *

     Appellees.      *

_____

Submitted: January 7, 1998
Filed: January 9, 1998

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.


In this 42 U.S.C. § 1983 action, Repoleon Gilbert alleged prison officials retaliated against him for assisting inmates in the grievance procedure and with other legal matters, and gave him job assignments beyond his physical capabilities. After a

bench trial, the district court entered judgment dismissing Gilbert's complaint in accordance with the court's written findings. On appeal, Gilbert did not provide a trial transcript. Instead, he moved for preparation of one at government expense after fully briefing the issues he raises. After careful review of the briefs and the district court file, we deny the motion for a transcript, and affirm the district court's judgment. <u>See</u> 8th Cir. R. 47B. We also deny appellees' motion to dismiss this appeal as moot.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.